MAY COAL CO v ROBINETTE, Admr.

Ohio Supreme Court

No 21334. Decided Mar. 6, 1929

Syllabus by ALLEN, J.

### DECEDENTS' ESTATES-Actions (10 B)

(220 E) **Sections 10770 and 10772, General Code,** give an independent right of action for benefit of the persons named in Section 10772, where death has resulted from the injuries, to recover for such pecuniary injury resulting from such death, where such right arises from an act, neglect or

default, such as would have entitled such person to maintain an action and recover damages in respect thereof, if death had not ensued.

2. The two actions, although prosecuted by the same personal representative, are not in the same right, and hence a judgment for the defendant in one case is not a bar to a recovery in the other.

Marshall, CJ, Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.